FILED
U.S. District Court
District of Kansas

AO 106 (Rev. 04/10) Application for a Search Warrant

9/7/2021

Clerk, U.S. District Court
By_____AA_____ Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
District of Kansas

In the Matter of the Search of                    )
*(Briefly describe the property to be searched*   )
*or identify the person by name and address)*     )   Case No. 21-MJ-__6158__-01-GEB
INFORMATION ASSOCIATED WITH SNAPCHAT              )
ACCOUNT luke90669 THAT IS STORED AT PREMISES      )
CONTROLLED BY SNAP INC.                           )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
INFORMATION ASSOCIATED WITH SNAPCHAT ACCOUNT luke90669 THAT IS STORED AT PREMISES CONTROLLED BY SNAP INC.

located in the ____Central____ District of ____California____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☐ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251 | Production of Child Pornography |
| 18 U.S.C. § 2252/2252A | Offense relating to the Sexual Exploitation of Children |

The application is based on these facts:

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Sage Hemmert, Special Agent, FBI
Printed name and title

Sworn to before me and signed telephonically.

Date: 9/7/2021

_____
Judge's signature

City and state: Wichita, Kansas

Honorable Gwynne E. Birzer, U.S. Magistrate Judge
Printed name and title

THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>INFORMATION ASSOCIATED WITH SNAPCHAT ACCOUNT luke90669 THAT IS STORED AT PREMISES CONTROLLED BY SNAP INC. | 21-6158-GEB<br>Case No. 305H-KC-3467231 |

### AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Sage Hemmert, Special Agent (SA) with the Federal Bureau of Investigation (FBI), Garden City, Kansas, being duly sworn, depose and state as follows:

1.  I have been employed as a Special Agent for the FBI since July, 2019. Prior to joining the FBI I was a police officer with the Colby (Kansas) Police Department from May 2009 until September 2012, and then a police officer with the Wichita Police Department from September 2012 until July 2019. As part of my duties as a Special Agent, I am assigned to investigate violations of federal law, including the online exploitation of children. This includes violations pertaining to the illegal possession, receipt, transmission, and production of material depicting the sexual exploitation of minors. I have had numerous hours of professional law enforcement training in the detection and investigation of criminal offenses. I have written, executed, and/or participated in the execution of numerous search warrants. Specifically pertaining to the area of child pornography and child exploitation investigations, I have gained expertise in these investigations through training, discussions with other law enforcement officers, and everyday work related to conducting these types of investigations.

2. At all times throughout this affidavit I use the term "child pornography" merely as shorthand to refer to visual depictions of actual minors engaged in sexually explicit conduct. I use the terms "visual depiction," "minor," and "sexually explicit conduct" as those terms are defined in 18 U.S.C. § 2256 (See Definition Section below).

3. The facts in this affidavit come from information obtained from your affiant, other law enforcement officers, and witnesses. Your affiant has read and become familiar with the facts set forth in this affidavit. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. I present this affidavit in support of an application for a search warrant for information associated with a certain Snapchat account that is stored at premises owned, maintained, controlled, or operated by Snap Inc. ("Snapchat"), an electronic communications service/remote computing service provided, as described in 18 U.S.C. § 2510(15), headquartered in Santa Monica, California. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(I)(A) and 2703(c)(1)(A) to require Snap, Inc. to disclose to the government records and other information in its possession, further described in Attachment B, pertaining to the subscriber or customer associated with the username.

5. Based upon review of the evidence to date, and as set forth below, there is probable cause to believe that a search of the aforementioned Snapchat account will result in the collection of evidence relevant to an ongoing criminal investigation into Title 18 U.S.C. §§ 2251(a) (Production of Child Pornography), 2252(a)(2) (Receipt/Distribution of Child

Pornography). Your affiant believes that the subject of the investigation has used Snapchat, specifically Snapchat account "luke90669," as a communication platform to produce and/or distribute child pornography and discuss activity related to the criminal activity in question. Your affiant assesses that the preserved communications currently within the custody and control of Snap, Inc., will include messages to or from the subject and minor victims concerning criminal activity and violation of federal law(s).

## JURISDICTION

6. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a District court of the United States that – has jurisdiction over the offense being investigated." Snapchat "is in California a district in which the provider is located or in which the wire or electronic communications, records, or other information are stored." 18 U.S.C. § 2711(3)(A)(ii).

## STATUTORY AUTHORITY

7. This investigation concerns alleged violations of 18 U.S.C. §§ 2251, 2252 and 2252A, relating to material involving the sexual exploitation of minors.

    a. 18 U.S.C. § 2251(a) prohibits a person from knowingly using, enticing or coercing a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct;

    b. 18 U.S.C. § 2252(a) prohibits a person from knowingly transporting, shipping, receiving, distributing, reproducing for distribution, or possessing any visual depiction of minors engaging in sexually explicit conduct when such visual depiction was either mailed or

shipped or transported in interstate or foreign commerce by any means, including by computer, or when such visual depiction was produced using materials that had traveled in interstate or foreign commerce;

    c. 18 U.S.C. § 2252A(a)(1) and (2) prohibits a person from knowingly transporting, shipping, receiving, distributing, reproducing for distribution, or possessing any child pornography, as defined in 18 U.S.C. § 2256(8), when such child pornography was either mailed or shipped or transported in interstate or foreign commerce by any means, including by computer, or when such child pornography was produced using materials that had traveled in interstate or foreign commerce;

    d. 18 U.S.C. § 2252A(a)(3) prohibits a person from knowingly reproducing child pornography for distribution through the mail or in interstate or foreign commerce by any means, including by computer;

    e. 18 U.S.C. § 2252A(a)(5)(B) prohibits a person from knowingly possessing any book, magazine, periodical, film, videotape, computer disk, or other material that contains an image of child pornography that has been mailed, or shipped or transported in interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in interstate or foreign commerce by any means, including by computer.

## **TECHNICAL INFORMATION REGARDING SNAP, INC.**

  8. Snapchat is a mobile application designed, owned, and operated by Snap, Inc. and available through the iPhone App Store and Google Play. The application provides users the

ability to share photos, videos, and texts. Shareable content includes; "Snaps," "Stores," "Memories," and "Chats."

9. Basic subscriber information is collected when a user creates a new Snapchat account, alters information at a later date, or otherwise interacts with the Snapchat app. Basic subscriber information may include a Snapchat username, email address, phone number, display name, Snapchat account creation date and IP address, and timestamp and IP address of account logins and logouts. The logs containing IP addresses associated with the account login and logout are retained for a limited period of time after the user has deleted their Snapchat account.

10. "Snaps" allow a user to take photos or video using their mobile device's camera in real-time and then send those photos or videos to any of their "friends" or in a Story or Chat. Unless the sender or recipient opts to save the photo or video, the message will be deleted from the sender's device once the message is sent or the recipient's device after the message is opened. Snap, Inc.'s servers are designed to automatically delete an unopened Snap sent directly to a recipient after 30 days and an unopened Snap in Group Chat after 24 hours.

11. "Stories" are a collection of "Snaps" displayed in chronological order. These can be viewed by all Snapchat users, a user's "friends", or a custom audience depending on a user's privacy settings. Snap, Inc.'s servers are designed to automatically delete a user's "Story" 24 hours after the user posts the "Story" but the user may delete part or all of the "Story" earlier. Submissions to "Our Story" may be saved for longer periods of time.

12. "Memories" is Snapchat's cloud-storage service. Users can save their sent or unsent "Snaps," posted "Stories," and photos and videos from their phone's photo gallery in "Memories." Content saved in "Memories" is backed up by Snap, Inc. and may remain in

"Memories" until deleted by the user. Users may encrypt their content in "Memories" (called "My Eyes Only"), in which case the content is not accessible to Snap, Inc. and cannot by decrypted by them.

13. "Chats" is a feature within Snapchat that allows users to type messages, send "Snaps," audio notes, and video notes to their "friends." Snap, Inc.'s servers are designed to automatically delete one-to-one "Chats" once the recipient has opened the message and both the sender and recipient have left the chat screen, depending on the user's settings. Snap, Inc.'s servers are designed to automatically delete unopened one-to-one "Chats" in 30 days. Users are also able to chat in groups. "Chats" sent in groups are deleted after 24 hours whether they are opened or not. A user can save a message in "Chat" by pressing and holding the message. The user can unsave the message by pressing and holding it again. This will delete it from Snap, Inc.'s servers. Users can also delete "Chats" that they have sent to a recipient before the recipient has opened the chat or after the recipient has saved the chat.

14. Snap, Inc. will collect location data at various points during a user's use of Snapchat if the user has device-level location services turned on and has opted into location services on Snapchat. The retention of this location data will vary depending on the purpose of the collection. Users have some control over the deletion of their location data in the app settings.

15. From Affiant's training and experience, Affiant knows that individuals with a sexual interest in children tend to engage multiple children at a time, trying to find a receptive minor. Because the nature of this criminal investigation involves the online enticement of a child, Affiant believes the account is likely to contain evidence of similar conduct with other

minors. For this reason, the law enforcement investigator must be allowed to review all of the contents of the account for evidence of the crimes detailed below.

## PROBABLE CAUSE

16.     This search warrant relates to an on-going investigation into the use of social media to coerce minors into producing child pornography. Three prior search warrants have issued, relative to three Snapchat accounts: 21-MJ-6128-01-KGG; 21-MJ-6129-01-KGG; and 21-MJ-6130-01-KGG. A fourth search warrant, 21-6152-GEB, was issued relative to a physical location, that being 1208 West 24th Avenue Unit #B in Hutchinson, Kansas. This search warrant incorporates the factual background set forth in the affidavits of probable cause contained in these search warrants.

### A minor is tricked by Luke90669

17.     Highly summarized, a 15 year old minor (MV1) disclosed that, on July 9, 2021, MV1 had been contacted through Snapchat by an account she knew belonged to a 15 year old friend (hereafter referred to as MV2). Unbeknownst to MV1, MV2's account had been taken over by another individual roughly a week earlier.

18.     MV2's account offered to introduce MV1 to "Luke Heminez" on Snapchat. MV2's account advised Heminez would pay MV1 $10,000 for photos of her breasts and buttocks, and $30,000 if MV1 would take photos and videos of herself nude. MV2's account directed her to save the pictures to her Snapchat account in her "My Eyes Only" folder, and then give "Luke" the password.

19.     MV1 was added by a profile with the username luke90669 and the vanity name Luke Heminez. MV1 complied with the directions of "Luke." MV1 took three photos of herself

(two in a bathing suit and one in a bra) and then took a video of herself exposing her nude breasts. MV1 also provided MV1's account identifiers and password, via direct message to "Luke."

20. A short time after MV1 provided the login information to the "Luke" account, MV1 received an email from Snapchat stating that her account was being accessed by a new device, and gave the IP address of the new device (68.102.231.39) as well as the model of the new device (SM-S115DL).

21. A few minutes later, MV1 received a direct message from the "Luke" account, where "Luke" messaged her the three photographs and the video of herself. Over the next approximately 90 minutes, MV1 received several direct messages and Snaps from both the MV2 account and the "Luke" account, demanding that she send nude pictures and nude videos of herself, including pictures and videos of her genitals. The messages stated that if MV1 did not comply with the demands for additional sexually explicit photos and videos of herself, then "Luke" would "leak" the photos and video that he had, by posting them to the Internet. MV1 did not send additional photos or videos of herself. The three photos and the video that "Luke" was in possession of were posted to MV1's Snapchat Story, from MV1's own account. MV1 did not make the post. MV1 was then contacted by several of her friends, including her boyfriend, indicating that they had observed the photos and the video. MV1 was aware of at least four people who saw the photos and nude video of her on the Internet. MV1 then changed her login information and called PARENT. PARENT made a report with the Stevens County Sheriff's Office.

22. I was given consent to the review MV1's Snapchat account (recited in the prior search warrants) which confirmed MV1's report.

**Search Warrant Results for the Luke90669 Account**

23.     Snapchat returned content pursuant to the search warrant 21-MJ-6128-01-KGG, relating to MV2's account. In my review of the returned information, I observed the nude images of MV2 that had been accessed by the luke90669 account. It also appeared that the user of the luke90669 account was utilizing MV2's account to contact other females to request pornographic images and access to their Snapchat accounts.

24.     On July 27, 2021, Snapchat provided your affiant with return information for the luke90669 account, pursuant to search warrant 21-MJ-6129-01-KGG.

25.     According to Snapchat's records, the account was created on June 14, 2021, using the email address beyereric21289712@gmail.com.

26.     The luke90669 account content included several nude photos and nude videos of what appeared to be young girls, including the aforementioned images and videos described by MV1[1] as well as MV2. I was able to read direct message conversations between these young girls and the luke90669 account, and observed they were solicited in the same manner as MV1 and MV2. Many of these girls were coerced into sending nude images of themselves, under threat of being "leaked" after luke90669 had gained access to their accounts.

27.     Additional information obtained from Snapchat, via subpoena, provided information which lead to the identification of one of the girls as a 14 year old female (MV3) from Derby, Kansas. The luke90669 account included nude images and video of MV3, including an image focusing on the minor's exposed genitals.

28.     Additional information obtained from Snapchat, via subpoena, provided

---

[1] MV1 was later interviewed by an FBI Child/Adolescent Forensic Interviewer, and confirmed that the images and video were of her. MV1 described the setting in which the images and video were created, and they were created in Stevens County, Kansas.

information which led to the identification of another of the girls as a 14 year old female (MV4) from Scott City, Kansas. The luke90669 account included nude images and video of MV4.

### Locating the Luke90669 User

29. Highly summarized, I served several subpoena's to Snapchat, Cox Communications, Verizon, and TracFone wireless, and determined that the device used to access the luke90669 account was a Samsung cell phone with the assigned number 620-960-6430. That number belonged to TracFone Wireless. The subscriber used the email address beyereric@hotmail.com when subscribing with TracFone. I determined that the location where the luke90669 account was typically accessed from was 1208 West 24th Avenue Unit #B, Hutchinson, Kansas. I obtained search warrant 21-6152-GEB for that location. That search warrant was served by FBI Agents on September 1, 2021.

30. At the time the search warrant in Hutchinson was served, Eric Beyer Jr. was located inside of the location. He was detained. The Samsung device with the number 620-960-6430 that was determined to be the device being used to access the luke90669 account was located inside the location also.

31. I advised Beyer Jr. of his rights pursuant to Miranda and interviewed him. During the interview, Beyer Jr provided the following information: Beyer Jr. is the person who created and operated the luke90669 account. He had sole control and possession of it. He accessed it regularly and used it to obtain nude images and videos of girls. He believed the girls to be around the age of 16 or 17. He obtained nude images and videos of the girls by whatever means he could, including offering to pay them or threatening them with being "leaked" if they did not provide him with the videos he wanted. He would often make screen recordings of "Snaps" or live video

sessions with the girls, and these were saved on his device. He would also save images and videos to the luke90669 account. He began using the luke90669 account for these practices around the spring of 2021, while he was still in high school, and he continued using the luke90669 account to do these things up until the time that the FBI served a search warrant at his house. He was on the account as recently as the night of August 31, 2021, or the early morning hours of September 1, 2021.

32. Beyer told me that he maintains a "true name" Snapchat account, with username ebeyer2003. He does not use the true name account to obtain pornographic images.

33. Beyer provided me with the passcode for both the physical device, that being the Samsung cell phone, and also the password for the luke90669 account. Beyer gave consent for me to review the luke90669 account and assert control over it.

34. I logged into the luke90669 account on September 1, 2021 and reviewed the contents. I could see that the images from MV3 were still saved to the account. I also saw that the luke90669 account sent several messages to the ebeyer2003 account. I could see the contents of some of these messages, but not all of them. The content that I could see were usernames of victim or potential victim accounts from the luke90669 account.

35. The contents of Beyer Jr.'s Samsung device were downloaded on September 1, 2021. I reviewed the downloaded information and observed several videos of pornography. At the time of this writing, I have been able to identify three additional victims from the videos located on the device, that being a 16-year-old female from Derby (MV5), a 15 year old female from Haven (MV6), and a 15 year old female from Wichita (MV7). Videos of these three victims were made by using a screen recorder phone application to record videos sent via Snapchat, to the

luke90669 account. These videos included depictions where the focus of the video is MV5's exposed genitals (lascivious exhibition) and MV6 engaged in masturbation. All of this activity occurred after the prior search warrant for the luke90669 account was returned on July 27, 2021, and thus was not included in the return for the prior warrant.

## DESCRIPTION OF THE ITEMS TO BE SEARCHED

36.    I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), and 2703(c)(1)(A), by using the warrant to require Snap, Inc. to disclose to the government copies of the records and other information (including the content of communications) particularly described in Attachment B.

## CONCLUSION

37.    Based on the above information, your affiant asserts that probable cause exists to believe that the Snap, Inc. account luke90669 contains evidence of the violation of Title 18 U.S.C. §§ 2251(a) (Production of Child Pornography) and 2252(a)(2) (Receipt/Distribution of Child Pornography). Based on the forgoing, I request that the Court issue the proposed search warrant.

38.    IT IS FURTHER REQUESTED that the Court seal the warrant and the affidavit and application in support thereof, except that copies of the warrant in full or redacted form may be maintained by the United States Attorney's Office and may be served on Special Agents and other investigative and law enforcement officers of the Federal Bureau of Investigation, federally deputized state and local law enforcement officers, and other government and contract personnel acting under the supervision of such investigative or law enforcement officers, as necessary to effectuate the warrant. These documents pertain to and discuss an ongoing criminal investigation

that is neither public nor known to all the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize the investigation. Sealing these documents will also better ensure the safety of agents and others.

40. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant. I affirm the foregoing is true and correct to the best of my information and belief.

41. Your affiant, therefore, respectfully requests that the attached warrant be issued authorizing the search and seizure of the items listed in Attachment B.

_____
Sage Hemmert
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me telephonically on this ___7th___ day of September, 2021.

_____
THE HONORABLE GWYNNE E. BIRZER
United States Magistrate Judge

## ATTACHMENT A

## DESCRIPTION OF LOCATION TO BE SEARCHED

This warrant applies to information associated with the Snapchat account **luke90669** that is stored at premises owned, maintained, controlled, or operated by Snap, Inc., a company headquartered in Santa Monica, California.

## ATTACHMENT B

## PARTICULAR ITEMS TO BE SEIZED

**I.   Information to be disclosed by Snap Inc.**

To the extent that the information described in Attachment A is within the possession, custody, or control of Snap Inc. ("Snapchat"), including any messages, records, files, logs, or information that have been deleted but are still available to Snap Inc., or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Snap Inc., from **the date of account creation to present** is required to disclose the following information to the government for each user ID listed in Attachment A:

(a)   All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, Snapchat passwords, Snapchat security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b)   All activity logs for the account and all other documents showing the user's posts, Snaps, Stories, Memories, Chat and other Snapchat activities;

(c)   All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them;

(d)   All profile information; memories, Snap Map, Snapstreaks, stories, status updates; links to videos, photographs, articles, and other items; notes; postings; friend lists, including the friends' Snapchat user identification numbers; groups and networks of which the user is a member; future and past event postings; rejected "Friend"

|     |     |
| --- | --- |
| | requests; blocked "Friend"; comments; and information about the user's access and use of Snapchat applications; |
| (e) | All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests; |
| (f) | All IP logs, including all records of the IP addresses that logged into the account; |
| (g) | All geographic location data (i.e. GPS coordinates) associated with the account; |
| (h) | All identifying information of devices used to access Snapchat account; |
| (i) | All information about the Snapchat pages that the account was a follower of; |
| (j) | All past and present lists of friends created by the account; |
| (k) | All records of Snapchat searches performed by the account; |
| (l) | The types of service utilized by the user; |
| (m) | The length of service (including start date); |
| (n) | All privacy settings and other account settings, including privacy settings for individual Snapchat posts and activities, and all records showing which Snapchat users have been blocked by the account; |
| (o) | All records pertaining to communications between Snapchat and any person regarding the user or the user's Snapchat account, including contacts with support services and records of actions taken. |

## II.   Information to be seized by the government

All information described above in Section I that constitutes fruits, contraband, evidence, and/or instrumentalities of violations of 18 U.S.C. Sections 2251, 2252, and 2252A involving Snapchat account **luke90669**, including information pertaining to the following matters:

(a) Communications of Snapchat account **luke90669**, from the date of account creation to present;

(b) Evidence indicating how and when the Snapchat accounts were accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Snapchat account owner;

(c) Evidence indicating the Snapchat account owner's state of mind as it relates to the crime under investigation;

(d) The identity of the person(s) who created or used the Snapchat accounts, including records that help reveal the whereabouts of such person(s).

(e) The identity of the person(s) and/or potential minor victims who communicated with Snapchat account **luke90669**, from the date of account creation to present, about matters related to the possession, production, and distribution of child pornography, including records that help reveal their whereabouts.

(f) Any and all visual depictions of minors.

(g) Any and all records reflecting personal contact and any other activities with minors visually depicted while engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2).

**III.   Method of delivery**

Items seized pursuant to this search warrant can be served by sending, on any digital media device, to Special Agent Sage Hemmert, 2501 N. Campus Suite #200, Garden City, KS, 67846.